**UNITED STATES BANKRUTPCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | | |
|---|---|---|
| IN RE: MICHAEL E. WILLINGHAM | ) | **CHAPTER 13** |
| DOROTHY E. WILLINGHAM | ) | |
| | ) | |
| **DEBTOR(S)** | ) | **CASE NO. R09-40160MGD** |
| | ) | |
| | ) | **JUDGE DIEHL** |

**<u>AMENDED MOTION TO APPROVE SETTLEMENT, PAYMENT OF
SETTLEMENT PROCEEDS AND PAYMENT OF ATTORNEY'S FEES</u>**

The above-named Debtor, by and through their attorney of records, respectfully move the Court pursuant to Section 105 of Title 11 of the United States Code, Rule 9019 of the Rules of Bankruptcy Procedure, and Rule 9014-2 of the Local Bankruptcy Rules for the entry of an order approving the settlement agreement and the payment of the settlement proceeds and the payment of attorney's fees in this contested matter and in support hereof alleges and says that:

1. The Debtor and her former employer, Horizon Entertainment, have reached an agreement to resolve the employment law claim. Horizon Entertainment agreed to settle the employment law claim for $15,797.50.

2. Debtor shows that she intends to pay her attorney fees in the amount of $6,469 and to pay for her daughter's college tuition in the amount of $9,328.50.

**<u>Release of All Claims</u>**

The Debtor is therefore requesting the Court approve this settlement as set forth herein, and to allow the parties to enter into and execute the same in full settlement of this contested matter.

The Debtor is also moving the court for such other and additional relief as to the Court may seem just and proper.

**<u>Completion of Obligations of Parties</u>**

All sums shall be paid by Defendant and a Dismissal shall be executed and filed with the Court within ten days of the approval of this Agreement by the Court.

**WHEREFORE**, the debtor respectfully prays of the Court as follows:

A. That the Debtor's Motion for Approval of the Settlement Agreement and for Payment of the Settlement be granted and approved, for the parties to enter into and execute the same in full settlement of this contested matter.

B. That the Debtor has such other and further relief as to the Court may seem just and proper.

Dated:   August 20, 2013

/s/Jeffrey B. Kelly
Jeffrey B. Kelly, Attorney for Debtor
STATE BAR NO. 412798
107 E. 5th Avenue
Rome, Ga. 30161
(678) 861-1127
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

## CERTIFICATE OF SERVICE

   This is to certify that I have this day served a copy of the attached Amended Motion to Approve Settlement, payment of Settlement Proceeds and Payment of Attorney's Fees on the following by U. S. Mail, in a properly stamped and addressed envelope.

Chapter 13 Trustee
Mary Ida Townson
191 Peachtree Street, NE, Suite 2200
Atlanta, Ga.  30303

Michael E. Willingham
Dorothy E. Willingham
210 Spring Ridge Dr.
Dallas, GA 30157


All creditors on attached list.

This 20th day of August, 2013.


  /s/
_____
Jeffrey B. Kelly, Esquire
Attorney for Debtor
Bar No. 412798
107 E. 5th Avenue
Rome, Ga.  30161
(678) 861-1127
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

Bank of America
PO Box 45224
Jacksonville, FL 32232

Bank of America
PO Box 15726
Wilmington, DE 19886-5726

Capital One
PO Box 70884
Charlotte, NC 28272-0884

Children's Healthcare
PO Box 116316
Atlanta, GA 30368

Discover
PO Box 3008
New Albany, OH 43054

Equifax
PO Box 740241
Atlanta, GA 30374

Experian
PO Box 2002
Allen, TX 75013

FIA Card Services
c/o Frederick J Hanna
1427 Roswell Rd
Marietta, GA 30062

Frederick J Hanna & Associates
1427 Roswell Road
Marietta, GA 30062

Lane Bryant
PO Box 856132
Louisville, KY 40285

Mann Bracken, LLC
One Paces West, Suite 1400
2727 Paces Ferry Road
Atlanta, GA 30339

Quantum Radiology
c/o Frost-Arnett
PO BOx 198988
Nashville, TN 37219

Retail Services
Dept 7680
Carol Stream, IL 60116-7680

Superior Court of Paulding Co
11 Courthouse Square
Dallas, GA 30132

Trans Union
PO Box 1000
Crum Lynne, PA 19022

United Recovery Systems
P.O. Box 722929
Houston, TX 77272

Wachovia
P.O. Box 5169
Sioux Falls, SD 57117

Washington Mutual
PO Box 660487
Dallas, TX 75266

Wellstar Cobb Hospital
Administrative Building
805 Sandy Plains Rd
Marietta, GA 30066

WellStar Paulding Hospital
PO Box 406166
Atlanta, GA 30384-6166