UNITED STATES BANKRUTPCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: MICHAEL E. WILLINGHAM | ) | CHAPTER 13 |
| DOROTHY E. WILLINGHAM | ) | |
| | ) | |
| DEBTOR(S) | ) | CASE NO. R09-40160MGD |
| | ) | |
| | ) | JUDGE DIEHL |

## NOTICE OF HEARING FOR MOTION TO APPROVE SETTLEMENT AND PAYMENT OF SETTLEMENT PROCEEDS

**PLEASE TAKE NOTICE** that Debtor(s) have filed a **Motion to Approve Settlement and Payment of Settlement Proceeds** and related papers with the Court. **PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the *Motion to Approve Settlement and Payment of Settlement Proceeds* in *Courtroom 342, United States Courthouse, 600 East First Street, Rome, Georgia, at 10:00 am on November 5, 2013.*

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is : Clerk, U.S. Bankruptcy Court, Room 339, 600 East First Street, Rome, Georgia 30161-3187. You must also mail a copy of your response to the undersigned at the address stated below.

Dated:   October 1, 2013

                                        /s/  Jeffrey B. Kelly
                                      Jeffrey B. Kelly, Attorney for Debtor
                                      STATE BAR NO.  412798
                                      107 E. 5th Avenue
                                      Rome, Ga.  30161
                                      (678) 861-1127
                                      (706) 413-1365 (fax)
                                      lawoffice@kellycanhelp.com

# UNITED STATES BANKRUTPCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

IN RE: MICHAEL E. WILLINGHAM    )    CHAPTER 13
DOROTHY E. WILLINGHAM    )
)
DEBTOR(S)    )    CASE NO. R09-40160MGD
)
)    JUDGE DIEHL

## MOTION TO APPROVE SETTLEMENT, PAYMENT OF SETTLEMENT PROCEEDS AND PAYMENT OF ATTORNEY'S FEES

The above-named Debtors, by and through their attorney of records, respectfully move the Court pursuant to Section 105 of Title 11 of the United States Code, Rule 9019 of the Rules of Bankruptcy Procedure, and Rule 9014-2 of the Local Bankruptcy Rules for the entry of an order approving the settlement agreement and the payment of the settlement proceeds and the payment of attorney's fees in this contested matter and in support hereof alleges and says that:

1. The Debtor wife and her former employer, Horizon Entertainment, have reached an agreement to resolve the employment law claim. Horizon Entertainment agreed to settle the employment law claim for $15,797.50 (see attached settlement agreement as Exhibit "A").

2. Debtor shows that she intends to use these funds to pay her attorney fees in the amount of $6,469, to purchase a car for transportation in the amount of $8,821 and to pay medical bills that they have incurred since filing Chapter 13 in the amount of $506.89 (see attached Exhibit "B").

3. The Debtors ask that total amount of funds be sent to them to purchase a vehicle and pay medical bills.

### Release of All Claims

The Debtor is therefore requesting the Court approve this settlement as set forth herein, and to allow the parties to enter into and execute the same in full settlement of this contested matter.

The Debtor is also moving the court for such other and additional relief as to the Court may seem just and proper.

### Completion of Obligations of Parties

All sums shall be paid by Defendant and a Dismissal shall be executed and filed with the Court within ten days of the approval of this Agreement by the Court.

**WHEREFORE,** the debtor respectfully prays of the Court as follows:

A.  That the Debtor's Motion for Approval of the Settlement Agreement and for Payment of the Settlement be granted and approved, for the parties to enter into and execute the same in full settlement of this contested matter.

B.  That the Debtor has such other and further relief as to the Court may seem just and proper.

Dated:   October 1, 2013

/s/Jeffrey B. Kelly
Jeffrey B. Kelly, Attorney for Debtor
STATE BAR NO.  412798
107 E. 5th Avenue
Rome, Ga.  30161
(678) 861-1127
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the attached Motion to Approve Settlement, payment of Settlement Proceeds and Payment of Attorney's Fees and Notice of Hearing on the following by U. S. Mail, in a properly stamped and addressed envelope.

Chapter 13 Trustee
Mary Ida Townson
191 Peachtree Street, NE, Suite 2200
Atlanta, Ga. 30303

Michael E. Willingham
Dorothy E. Willingham
210 Spring Ridge Dr.
Dallas, GA 30157


All creditors on attached list.

This 1st day of October, 2013.


\_\_\_\_/s/_____
Jeffrey B. Kelly, Esquire
Attorney for Debtor
Bar No. 412798
107 E. 5th Avenue
Rome, Ga. 30161
(678) 861-1127
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

## SETTLEMENT AGREEMENT AND RELEASE OF ALL CLAIMS

This Settlement Agreement and Release of All Claims ("Agreement") is made by and between HORIZON SATELLITES, INC. (the "Company") and DOROTHY ELAINE WILLINGHAM ("Ms. Willingham").

## RECITALS

WHEREAS, Ms. Willingham has filed a civil action against the Company alleging that she was an employee of the Company; that she did not receive the minimum wage; and that she did not receive all of the legally-required overtime pay for her hours worked 40 in a workweek from the Company;

WHEREAS, the Company disputes these allegations and denies that it employed Ms. Willingham. The Company further denies any violations of law and denies any liability to Ms. Willingham, but wishes to avoid further legal fees and expenses of litigation; and

WHEREAS, the parties hereto wish to resolve all of their disputes and settle these matters in a confidential manner that will avoid the need for further litigation.

NOW THEREFORE, in consideration of material covenants and promises contained herein, the parties agree as follows:

1. **Consideration.** The Company agrees to pay Ms. Willingham the total sum of Nine Thousand Three Hundred And Twenty Eight Dollars And Fifty Cents ($9,328.50) in consideration for Ms. Willingham's compliance with her confidentiality and other obligations under this Agreement. A 1099 tax form will be issued to Ms. Willingham for this amount. This amount shall be paid to Ms. Willingham in three (3) equal installments, with the first payment to be made on or before July 15, 2013, the second payment to be made on or before August 15, 2013, and the final payment to be made on or before September 15, 2013.

The Company will also pay Ms. Willingham's attorneys, Martin & Martin, LLP, the total amount of Six Thousand Four Hundred And Sixty Nine Dollars And No Cents ($6,469) in three equal installments on these same dates to cover attorneys' fees and costs incurred in connection with the Lawsuit described in Paragraph 2 below.

All payments shall be mailed to the following address:

Martin & Martin, LLP
Post Office Box 1070
Tucker, Georgia 30085

_____
Dorothy Elaine Willingham's Initials

1

Ms. Willingham acknowledges that, but for the execution of this Agreement, she would not be entitled to receive this Consideration or other consideration provided for in this Agreement.

The Company denies that Ms. Willingham was an employee. But even if Ms. Willingham had been an employee of the Company, she agrees that the consideration stated herein fully compensates her for any and all alleged back wages, overtime wages, benefits or any other form of compensation, damages, attorneys' fees, and costs to which she may have been entitled. Ms. Willingham further agrees that she neither seeks nor is entitled to any further wages, pay, overtime, benefits or any other form of compensation or relief arising out of this bona fide dispute and the Company is making this payment to eliminate any possible dispute or doubt that she has been paid fully and completely.

Ms. Willingham represents, acknowledges, and agrees that the Company has not made any representations concerning the taxation of any amounts to be paid under this Agreement. She represents, acknowledges, and agrees that any and all such tax consequences that may arise are solely her responsibility. To the extent that the payments are taxable to her or to her representatives within the meaning of any and all federal, state, or local tax requirements, the Company disclaims responsibility for and assumes no liability for any such tax payments, penalties, and/or other consequences of the payments made. Ms. Willingham agrees that she will hold harmless and indemnify the Company against the assertion of any claim for any such taxes, assessments, or related interest or penalties.

The parties acknowledge the adequacy of consideration provided herein by each to the other, that this is a legally binding document, and that they intend to comply with and be faithful to its terms.

The three payments shall be made on or before the 15th of each month (July, August, September). Should the payments not be received by the 20th of each month, the Company will be in breach of this Agreement at which time all payments then due and owing pursuant to this Agreement shall be accelerated regardless of the payment schedule. Ms. Willingham shall be immediately entitled to submit a Consent Judgment in the form attached as Exhibit "A" in the amount of the remaining principal without further action by the trial court and the Company agrees to pay any and all reasonable attorneys' fees and costs in collecting the owed payments.

2. **Dismissal of Lawsuit.** Ms. Willingham is plaintiff in a case styled *Dorothy Elaine Willingham and Tia Collins, on behalf of themselves and all those similarly situated who consent to representation vs. Horizon Satellites Inc.*, 4:12-CV-00234 ("Lawsuit"), which is pending in the United States District Court for the Northern District of Georgia. By executing this Agreement, Ms. Willingham and her counsel agree to the dismissal of the Lawsuit with prejudice. Ms. Willingham shall promptly execute such documents or appear in court as necessary to obtain a dismissal with prejudice of the Lawsuit. Ms. Willingham must sign a Settlement Agreement and Release of All Claims and agree to dismissal with prejudice of the Lawsuit before the Company is obligated to make any payment set forth in Paragraph 1 above.

Dorothy Elaine Willingham's Initials

2

3. **Full and Complete Release.** In consideration for this Agreement, Ms. Willingham hereby settles, waives, releases and discharges all claims whatsoever against the Company and the other parties released (identified in paragraph 4 below) with respect to each and every claim, cause of action, right, liability or demand of any kind or nature known and unknown at this time that Ms. Willingham may have or may have had which arose at any time and which may arise at any time until this Agreement is duly executed. Such claims that are hereby released include by way of example, but not limitation, all claims:

   a. arising from Ms. Willingham's association with the Company;

   b. based on discrimination, retaliation or harassment on the basis of age, race, religion, sex or disability under the Civil Rights Act of 1866, the Age Discrimination in Employment Act of 1967 (as amended), Title VII of the Civil Rights Act of 1964 (as amended), the Equal Pay Act, the Employee Retirement and Income Security Act of 1974 (as amended), the Americans with Disabilities Act of 1990, the Family and Medical Leave Act, or any other federal, state or local anti-discrimination laws or common laws relating to discrimination in employment or otherwise regulating the employment relationship, or affecting the health or safety of employees in the workplace;

   c. based on any oral, written or implied contract, tort, promissory estoppel, or public policy; and

   d. relating to any wages, pay, back pay, overtime, benefits or any other form of compensation, attorneys' fees (except those provided in Paragraph 1 above), interest or costs, including attorneys' fees incurred in connection with any review of this Agreement by an attorney.

Ms. Willingham further agrees not to sue or to authorize anyone else to file a lawsuit on her behalf against the Company (or any of the other released parties) on any claims released herein. Ms. Willingham further agrees not to become a member of any class suing the Company (or the other parties released) on any claims released herein. Ms. Willingham further agrees that she will not refer to an attorney any individual who is currently or formerly associated with the Company and who is considering any complaint, claim, demand, cause of action, charge, or lawsuit of any kind whatsoever against the Company based on any claim of the kinds released herein. If Ms. Willingham receives a court order or subpoena that might require action violating the terms of this Paragraph, she agrees to provide immediate notice in writing to the Company at 4412 Mendi Court, Suwanee, Georgia, 30024, ATTN: Chris Reynolds. Ms. Willingham is not prohibited from challenging the validity of this Agreement.

Ms. Willingham is not prohibited from challenging the validity of this Agreement. Further, nothing in this Agreement is intended to or prevents Ms. Willingham from filing a charge or complaint with the U.S. Equal Employment Opportunity Commission ("EEOC") or from participating in any investigation or proceeding conducted by the EEOC, or from filing a claim or lawsuit for any act or omission occurring after Ms. Willingham signs this Agreement. Notwithstanding the foregoing, Ms. Willingham agrees not to accept or recover any damages or any other form of relief which might arise out of or in connection with any administrative

Dorothy Elaine Willingham's Initials

3

proceedings pursued by her, or pursued independently by the EEOC or any other person, agency, or class on any Claim released herein.

4. **Parties Released.** Ms. Willingham acknowledges that this Agreement and the release provision in paragraph 3 above apply to and protect in all respects the Company and each of the Company's past, current and future parent companies, affiliates, related companies, successors and assigns, officers, directors, agents, and employees of any such entity, including but not limited to the CEO and CFO of the Company.

5. **Modification.** No modification, amendments, cancellation, deletion, addition, extension or other changes in this Agreement shall be effective for any purpose unless specifically set forth in a written agreement signed by Ms. Willingham and an authorized representative of the Company. This Agreement constitutes a single, integrated written agreement containing the entire understanding between Ms. Willingham and the Company regarding the subject matter hereof and supersedes and replaces any and all prior agreements and understandings, written or oral.

6. **Confidentiality.** Unless otherwise required by law or pursuant to court order, Ms. Willingham agrees to keep the subject matter of this Lawsuit (from the date of execution of this Agreement forward), the existence of this Agreement, and the fact she received any money from the Company in connection with this Agreement absolutely confidential forever. Ms. Willingham represents that she has not disclosed the terms of this Agreement or the amount of the Consideration at any time before execution of the Agreement. Ms. Willingham agrees not to discuss anything about this Agreement with anyone (other than her immediate family members and attorney or other adviser she consults for professional advice, and all such persons shall be apprised of the provisions of this paragraph and agree to be bound by them prior to making any disclosures to them), and Ms. Willingham will not authorize anyone to discuss anything about this Agreement, including all of the matters that she agreed to keep confidential. Notwithstanding this paragraph, she may disclose that she "dismissed her claim and decided to move on" or "the matter has been resolved."

Ms. Willingham acknowledges that this confidentiality clause is a material provision of this Agreement and if a court of competent jurisdiction holds that she breached this clause, she must refund all money paid to her or on her behalf listed in Paragraph 1 above. The Company will insist on strict compliance with this clause and will vigorously seek to enforce it. If Company asserts a breach of this clause, the Company will seek not only repayment of the money set forth in paragraph 1 above but its attorneys' fees and any other available relief. [illegible] Company is not entitled to attorneys' fees should it assert that Ms. Willingham has breached this clause.

7. **Non-Admission.** This Agreement does not constitute an admission by any party to the Lawsuit that they have violated any law or statute and all parties specifically deny any such violation occurred.

4

DEW
Company [illegible] Willingham's Initial

8. **Acknowledgment.** By signing this Agreement, Ms. Willingham acknowledges and warrants that:

a. Ms. Willingham has carefully read and fully understands every provision of this Agreement, including, without limitation, the confidentiality clause in paragraph 6 above, the release of all claims listed in paragraph 3 above and Ms. Willingham's agreement to file the Stipulation of Dismissal with Prejudice in the Lawsuit referenced in paragraph 2 above;

b. Ms. Willingham consulted with an attorney of her choosing before signing this Agreement;

c. Ms. Willingham had a reasonable amount of time after receiving this Agreement to consider the Agreement and consult an attorney before signing; and

d. Ms. Willingham accepts this Agreement knowingly and voluntarily, and she was not intimidated, coerced or pressured.

9. **Representations.** Ms. Willingham represents and warrants that she is fully authorized to execute this Agreement and that she has not assigned, transferred or pledged all or any portion of the claims hereby released.

MS. WILLINGHAM DECLARES THAT SHE HAS CAREFULLY READ THIS AGREEMENT, CONSULTED AN ATTORNEY, UNDERSTANDS THIS AGREEMENT [illegible]

*Dorothy Elaine Willingham* (signature)

7-8-13

_____ (signature)
An Authorized Representative of the Company

Date 2-15-13

*DEW* (initials)
Dorothy Elaine Willingham's Initials

5



EXHIBIT "B"



PAGE 1 OF 1

WellStar
PO BOX 277640
ATLANTA, GA 30384

### Account Summary

| | |
|---|---|
| Patient Name | HALEY MICHELLE WILLINGHAM |
| Account Number | |
| Statement Date | 01/31/2013 |
| Service Dates | 10/19/2012 |
| Current Balance | $0.00 |
| Payment Plan Amount | $0.00 |
| Amount Now Due | $250.00 |

WEL11Q.A4A99B000209.J0DD80.005945 002973

**DOROTHY WILLINGHAM
210 SPRING RIDGE DR
DALLAS GA 30157-5217**

Dear Dorothy Elaine Willingham,

We would like to thank you for choosing WellStar for your healthcare needs. We trust the service and care that you received met or exceeded your expectations.

Your account has not been paid in full, and WellStar's financial policy requires further collection activity be taken unless you take action. First, you can pay the bill in full. You can do so by mailing a check using the Payment Stub below, or by going online to www.wellstar.org and clicking the online bill pay tab, or you can call us to make a payment over the phone with no extra charge at 678-838-5750.

If you cannot pay the bill in full, then the second alternative is to contact us at 678-838-5750 to make mutually acceptable, formal payment arrangements. **Either of these steps must be done immediately or your account may be placed with a collection agency.** Just making payments to us without formal arrangements will not stop collection efforts.

WellStar's financial policy states that unpaid debt may be reported to one or more Credit Reporting Agencies so it is imperative that you contact us today.

### FINAL NOTICE

### Visit Us Online

Online Billing Manager, 24 hours per day, 7 days per week. www.wellstar.org. A simple and easy way to access your updated account information and pay your accounts online.

### Contact Us

Billing related questions?
Contact Customer Service at 678-838-5750
Office Hours are Monday through Thursday 8:00AM – 8:00PM and Friday between 8:00AM and 5:00PM

WEL11
FC = 52 DM=L801

---

WELLSTAR

✓ Make Check Payable to WellStar Health System.
✓ Please include your Phone No. on your check.
✓ Enclose this payment stub with your payment.

Amount Paid
$

| GUARANTOR NAME | ACCOUNT NUMBER | AMOUNT DUE | DUE DATE | METHOD OF PAYMENT | |
|---|---|---|---|---|---|
| DOROTHY ELAINE WILLINGHAM | | $250.00 | 03/02/2013 | Check One ☐ Payment Enclosed | ☐ Charge (Complete below) |

Complete the reverse side of this form only if your address has changed.

**WELLSTAR COBB HOSPITAL
PO BOX 406149
ATLANTA GA 30384-6149**

☐ VISA ☐ ☐ ☐ ☐

Credit Card Number

Credit Card Expiration Date | 3 Digit Security Code (on back)

Credit Card Holder's Signature | (Cannot be processed without Signature)

# STATEMENT

0001

**Family Dermatology PC - Patient Payments**
629 Beaver Ruin Road, Suite B
Lilburn GA 30047

Email: billing@myfamilyderm.com or visit www.myfamilyderm.com
Phone: 1-877-830-2021  Fax: 770/381-6451
For Payment: 404/591-8991

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 02/21/2013 | | $113.73 |

*Due: Immediately*

MAKE CHECK PAYABLE & REMIT TO:

2729 1 AT 0.381 *8          02729
Haley Willingham   1684276
210 Spring Ridge Drive
Dallas GA 30157-5217

Family Dermatology
PO Box 933739
Atlanta GA 31193-3739

☐ PLEASE CHECK BOX IF ABOVE ADDRESS IS INCORRECT AND INDICATE CHANGES ON REVERSE.

← DETACH HERE →   AND RETURN THIS TOP PORTION WITH YOUR PAYMENT USING THE RETURN ENVELOPE ENCLOSED

| DATE | | DESCRIPTION | CHARGES | PAYMENT |
|---|---|---|---|---|
| 1/31/2011 | | 11100 - Biopsy of skin, subcutaneous tissue and/or mucous membrane<br>Referring Physician - HOUGEIR, FIRAS M.D. | $145.00 | |
| | 02/08/2011 | Adjustment -From DOCTOR For 11100 of 1/31/2011 | | $61.31 |
| | | Balance Due: | $145.00<br>$83.69 | $61.31 |
| 1/31/2011 | | 11101 - Biopsy of skin, subcutaneous tissue and/or mucous membrane, ea addl lesion $82.00<br>Referring Physician - HOUGEIR, FIRAS M.D. | | |
| | 02/08/2011 | Adjustment -From DOCTOR For 11101 of 1/31/2011 | | $51.96 |
| | | Balance Due: | $82.00<br>$30.04 | $51.96 |

**TOTAL BALANCE DUE: $113.73**

Account Number: ▓▓▓▓▓▓   Statement Date: 02/21/2013

PLEASE MAIL ALL PAYMENTS TO OUR MAIN OFFICE ADDRESS, THANK YOU.
Email: billing@myfamilyderm.com
For online appointment requests, visit www.familyderm.com

Family Dermatology
PO Box 933739
Atlanta GA 31193-3739
Phone: 1-877-830-2021  Fax: 770/381-6451
For Payment: 404/591-8991



## AMERICA'S BEST
### CONTACTS & EYEGLASSES.
*Sales Receipt*

America's Best Contacts &
Eyeglasses
Town Center Prado
50 Ernest W Barrett Pkwy
Suite 1500
Marietta
GA
30066
770 293-0095

Patient Copy

Store: 5155 Associate: JACARLA
Receipt #:

Order Date: 4/13/2013 3:14:12 PM
Order #:

Customer Ref. #:
Customer: Willingham, Dorothy
210 Spring Ridge Dr,
Dallas , GA 30157

Exam:
EG EXAM                                      45.00
                                      -------------
                        Subtotal $    45.00
Discount    2 Pair Exam Promotion $  -45.00
                                      -------------
                   Price Charged $     0.00
Order Date: 4/13/2013 3:14:55 PM
Order #:

Customer Ref. #:
Customer: Willingham, Dorothy
210 Spring Ridge Dr,
Dallas , GA 30157

Right Lens:
 SV PLASTIC UNCOATED                         0.00
 Basic Package                              23.00
 Lab Ultra Violet Coating                    0.00
 Scratch Resistant Coating                   0.00
 Premium Anti Reflection Coating            20.00
 NO TINT                                     0.00
Left Lens:
 SV PLASTIC UNCOATED                         0.00
 Basic Package                              23.00
 Lab Ultra Violet Coating                    0.00
 Scratch Resistant Coating                   0.00
 Premium Anti Reflection Coating            20.00
 NO TINT                                     0.00
Frame:
 HARTLAND RAMONA                            34.97
 8840135
                                       -------------
                        Subtotal $   120.97
 DiscountInsurance Courtesy Discount $  -24.20
                                       -------------
                   Price Charged $    96.77
Order Date: 4/13/2013 3:15:57 PM
Order #:        Related Order #:

Customer Ref. #:
Customer: Willingham, Dorothy
210 Spring Ridge Dr,
Dallas , GA 30157

OTC:
1 YR PRODUCT PROTECTION PLAN                 0.00
                                       -------------
                        Subtotal $     0.00

Order Date: 4/13/2013 3:16:37 PM
Order #:

Customer Ref. #:
Customer: Willingham, Dorothy
210 Spring Ridge Dr,
Dallas , GA 30157

Right Lens:
 SV PLASTIC UNCOATED                         0.00
 Basic Package                              11.50
 Lab Ultra Violet Coating                    0.00
 Scratch Resistant Coating                   0.00
 BROWN SOLID 88% TINT                        0.00
Left Lens:
 SV PLASTIC UNCOATED                         0.00
 Basic Package                              11.50
 Lab Ultra Violet Coating                    0.00
 Scratch Resistant Coating                   0.00
 BROWN SOLID 88% TINT                        0.00
Frame:
 OM 103                                     34.98
 8833610302
                                       -------------
                        Subtotal $    57.98
 - DiscountInsurance Courtesy Discount $ -11.59
                                       -------------
                   Price Charged $    46.39
Order Date: 4/13/2013 3:17:11 PM
Order #:        Related Order #:

Customer Ref. #:
Customer: Willingham, Dorothy
210 Spring Ridge Dr,
Dallas , GA 30157

OTC:
1 YR PRODUCT PROTECTION PLAN                 0.00
                                       -------------
                        Subtotal $     0.00
---------------------------------------------------
                     Grand Total $   223.95
                                       -------------
- Discount     2 Pair Exam Promotion $  -45.00
- DiscountInsurance Courtesy Discount $ -35.79
                                       -------------
                Total Price Charged $  143.16
                                       -------------
Payment                         Visa $ 143.16
         Amount Due At Dispense $      0.00

Thank you for your business!


Eye exams performed by Doctor's Exchange Of
GA, P.C.
Town Center Prado

If purchased, our Product Protection Plan offers a complete 1-year warranty
against damage to frame and lenses.
This is a 1-time free replacement. This does NOT include theft or loss of eyeglasses.

Customer Care: 800-411-1162

Bank of America
PO Box 45224
Jacksonville, FL 32232

Bank of America
PO Box 15726
Wilmington, DE 19886-5726

Capital One
PO Box 70884
Charlotte, NC 28272-0884

Children's Healthcare
PO Box 116316
Atlanta, GA 30368

Discover
PO Box 3008
New Albany, OH 43054

Equifax
PO Box 740241
Atlanta, GA 30374

Experian
PO Box 2002
Allen, TX 75013

FIA Card Services
c/o Frederick J Hanna
1427 Roswell Rd
Marietta, GA 30062

Frederick J Hanna & Associates
1427 Roswell Road
Marietta, GA 30062

Lane Bryant
PO Box 856132
Louisville, KY 40285

Mann Bracken, LLC
One Paces West, Suite 1400
2727 Paces Ferry Road
Atlanta, GA 30339

Quantum Radiology
c/o Frost-Arnett
PO BOx 198988
Nashville, TN 37219

Retail Services
Dept 7680
Carol Stream, IL 60116-7680

Superior Court of Paulding Co
11 Courthouse Square
Dallas, GA 30132

Trans Union
PO Box 1000
Crum Lynne, PA 19022

United Recovery Systems
P.O. Box 722929
Houston, TX 77272

Wachovia
P.O. Box 5169
Sioux Falls, SD 57117

Washington Mutual
PO Box 660487
Dallas, TX 75266

Wellstar Cobb Hospital
Administrative Building
805 Sandy Plains Rd
Marietta, GA 30066

WellStar Paulding Hospital
PO Box 406166
Atlanta, GA 30384-6166