**IT IS ORDERED as set forth below:**



**Date: November 14, 2013**

*Mary Grace Diehl*

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

---

## UNITED STATES BANKRUTPCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| IN RE: MICHAEL E. WILLINGHAM ) | | CHAPTER 13 |
| DOROTHY E. WILLINGHAM ) | | |
| ) | | |
| DEBTOR(S) ) | | CASE NO. R09-40160MGD |
| ) | | |
| ) | | JUDGE DIEHL |

### ORDER ON MOTION TO APPROVE SETTLEMENT AND DISBURSEMENT OF SETTLEMENT PROCEEDS

This matter having been scheduled to come before the Court on November 5, 2013 upon the Debtors' Motion to Approve Settlement and Disbursement of Settlement Proceeds. The Motion states the insurance settlement from Horizon Entertainment in the amount of $15,797.50 is being held for direction from the court.

**IT APPEARING THAT THERE WAS NO OPPOSITION TO THE MOTION AND AN ORDER WAS GRANTED.**

**IT IS FURTHER ORDERED** that the funds of $15,797.50 shall be paid to the Debtor to pay attorney fees in the employment law claim, purchase a car for transportation and pay other medical bills incurred since filing.

**END OF DOCUMENT**

Prepared and presented by:

/s/_____
Jeffrey B. Kelly
Attorney for Debtors
GA Bar No. 412798
107 E. 5th Avenue
Rome, GA 30161
(706) 413-3837
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com


NO Opposition:

/s/_____
K. Edward Safir, Attorney for Chapter 13 Trustee
GA Bar No. 622149
191 Peachtree Street
Suite 2200
Atlanta, Ga. 30303
(404) 525-1110
eds@atlch13tt.com


Distribution:

Chapter 13 Trustee
Mary Ida Townson
Suite 2200, 191 Peachtree Street, NE
Atlanta, Ga. 30303

Michael E. Willingham
Dorothy E. Willingham
210 Spring Ridge Dr.
Dallas, GA 30157

Bank of America
PO Box 45224
Jacksonville, FL 32232

Bank of America
PO Box 15726
Wilmington, DE 19886-5726

Capital One
PO Box 70884
Charlotte, NC 28272-0884

Children's Healthcare
PO Box 116316
Atlanta, GA 30368

Discover
PO Box 3008
New Albany, OH 43054

Equifax
PO Box 740241
Atlanta, GA 30374

Experian
PO Box 2002
Allen, TX 75013

FIA Card Services
c/o Frederick J Hanna
1427 Roswell Rd
Marietta, GA 30062

Frederick J Hanna & Associates
1427 Roswell Road
Marietta, GA 30062

Lane Bryant
PO Box 856132
Louisville, KY 40285

Mann Bracken, LLC
One Paces West, Suite 1400
2727 Paces Ferry Road
Atlanta, GA 30339

Quantum Radiology
c/o Frost-Arnett
PO BOx 198988
Nashville, TN 37219

Retail Services
Dept 7680
Carol Stream, IL 60116-7680

Superior Court of Paulding Co
11 Courthouse Square
Dallas, GA 30132

Trans Union
PO Box 1000
Crum Lynne, PA 19022

United Recovery Systems
P.O. Box 722929
Houston, TX 77272

Wachovia
P.O. Box 5169
Sioux Falls, SD 57117

Washington Mutual
PO Box 660487
Dallas, TX 75266

Wellstar Cobb Hospital
Administrative Building
805 Sandy Plains Rd
Marietta, GA 30066

WellStar Paulding Hospital
PO Box 406166
Atlanta, GA 30384-6166